ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Magnificus Corporation | ) | ASBCA Nos.  62178, 62179 |
| | ) | |
| Under Contract Nos.  HT0050-18-D-0033 | ) | |
| T.O. FA2816-19-F-A015 | ) | |
| T.O. FA2816-19-F-A016 | ) | |

APPEARANCE FOR THE APPELLANT:  Andrew R. Kaake, Esq.
Wood & Lamping, LLP
Cincinnati, OH

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Michael J. Farr, Esq.
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated: October 2, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62178, 62179, Appeals of Magnificus Corporation, rendered in conformance with the Board's Charter.

Dated: October 2, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals